NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: INFINITY HEADWEAR & APPAREL, LLC,**

*Appellant*

---

2018-1998

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,508.

---

## JUDGMENT

---

BRIAN TUCKER, Kirton McConkie, Salt Lake City, UT, argued for appellant. Also represented by JAMES T. BURTON.

MICHAEL S. FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, MAI-TRANG DUC DANG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>May 17, 2019</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court